V. James DeSimone (SBN: 119668)
Carmen D. Sabater (SBN 303546)
V. JAMES DESIMONE LAW
Kaveh Navab (SBN: 280235)
NAVAB LAW
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone: 310.693.5561
Facsimile:  323.544.6880
Attorneys for Plaintiffs,
EVANGELINA GONZALEZ, and VICTOR GONZALEZ,
Parents of the deceased.

PAUL B. BEACH, State Bar No. 166265
DENNIS M. GONZALES, State Bar No. 59414
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Adrian Dominguez,
and Steven Velasquez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA GONZALEZ and VICTOR GONZALEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, ADRIAN DOMINGUEZ, STEVEN VELASQUEZ, in his individual and in his official capacity, and DOES 1-10, inclusive. <br><br> Defendants. | Case No. CV 16-07018 SJO-PLA <br><br> Honorable S. James Otero <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> [FED. R. CIV. P 41(a)(1)(A)(ii)] <br><br> *[(Proposed) Order filed concurrently herewith]* |

///

///

1

GONZALEZ, EVANGELINA\Stip re Dismiss

IT IS HEREBY STIPULATED by and between Plaintiffs EVANGELINA GONZALEZ and VICTOR GONZALEZ, parents of the deceased, and Defendants COUNTY OF LOS ANGELES, DETECTIVES ADRIAN DOMINGUEZ and STEVEN VELASQUEZ, through their respective counsel of record, that the above-captioned action be and hereby is dismissed, with Prejudice, in its entirety under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Date:  July 2, 2018    V. JAMES DESIMONE LAW

By:   /s/ V. James DeSimone
V. JAMES DESIMONE, ESQ.
CARMEN D. SABATER, ESQ.
KAVEH NAVAB, ESQ.
Attorneys for Plaintiffs
EVANGELINA GONZALEZ and VICTOR GONZALEZ, parents of the deceased.

Dated:  July 2, 2018    LAWRENCE BEACH ALLEN & CHOI, PC

By   /s/ Raymond W. Sakai
Raymond W. Sakai[1]
Attorneys for Defendants
County of Los Angeles, Adrian Dominguez, Steven Velasquez

---

[1] As the filer, I, Raymond W. Sakai, attest that V. James DeSimone concurs in the content of this stipulation and has authorized its filing.